IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | 4:11CR3134 |
|---|---|
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| JESSE WAYNE HARRIS, | |
| Defendant. | |

The defendant has moved to continue the trial currently set for July 9, 2012. (Filing No. 45). As explained in the defendant's motion, the defendant's newly appointed counsel needs additional time to review discovery and prepare for trial. The government does not oppose the requested continuance. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 45), is granted.

2) The trial of this case is set to commence before the Honorable Richard G. Kopf, in the United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on September 10, 2012, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and September 10, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

June 25, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge